**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00520-CV**

_____

**TABITHA DAVIS, INDIVIDUALLY AND A/N/F OF DESTINEE DAVIS AND NATHANIEL DAVIS, Appellant**

**V.**

**USAA CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-187,319**

**ORDER**

On January 18, 2013, appellant filed a motion to remand the case to the trial court. Appellant alleges the case has settled and that a remand is necessary for the signing and entry of documents to effectuate the settlement agreement. No objection or other response has been filed.

It is therefore ORDERED that the case is remanded to the trial court for the signing and entry of documents to effectuate the parties' settlement agreement. The appeal is abated while the case is before the trial court. The appeal will be reinstated

1

without further order of this Court in thirty days unless before that date the appellant files a motion to dismiss the appeal, the parties file a joint motion to vacate the judgment and dismiss the case, or the parties notify the Court that they require additional time to complete the settlement.

ORDER ENTERED January 31, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.